I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-27-13

DEPUTY CLERK



FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALFONSO AYALA, | Case No. CV 11-5385-DSF (RNB) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| M. BITER, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (as supplemented), all the records and files herein, the original Report and Recommendation of the United States Magistrate Judge, petitioner's objections thereto, the Supplemental Report and Recommendation of the United States Magistrate Judge, and petitioner's objections thereto. Having made a _de novo_ determination of those portions of the original Report and Recommendation and the Supplemental Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings and recommendations of the Magistrate Judge.

//
//
//

1 | IT THEREFORE IS ORDERED that petitioner's request for an evidentiary hearing is denied; petitioner's request for a stay of proceedings is denied; and Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 2/25/13

*(signature)*
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE