JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2·27·13

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALFONSO AYALA,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>M. BITER, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-5385-DSF (RNB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

　　IT IS HEREBY ADJUDGED that the Petition is denied this action is dismissed with prejudice.

DATED: 2/25/13

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 26 2013

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

1